B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Madden, Thomas, Patrick** | Name of Joint Debtor (Spouse) (Last, First, Middle): <br> **Madden, Lori, Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN No. /Complete EIN (*if more than one, state all*) **7246** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN No. /Complete EIN (*if more than one, state all*) **8641** |
| Street Address of Debtor (No. & Street, City, and State): <br> **10129 Dunhill Drive** <br> **Huntley** <br> **Illinois** ZIPCODE **60142** | Street Address of Joint Debtor (No. & Street, City, and State): <br> **10129 Dunhill Drive** <br> **Huntley** <br> **Illinois** ZIPCODE **60142** |
| County of Residence or of the Principal Place of Business: <br> **McHenry** | County of Residence or of the Principal Place of Business: <br> **McHenry** |
| Mailing Address of Debtor (if different from street address): <br><br> ZIPCODE | Mailing Address of Joint Debtor (if different from street address): <br><br> ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization)
(Check One Box)
- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Others (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending.

**Nature Of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad  ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check One Box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check One Box)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose
- ☐ Debts are primarily business debts.

**Chapter 11 Debtors**
**Check One Box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check One Box)
- ☒ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-5000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 14 2015
JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - VG

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Thomas and Lori Madden** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **Rockford, IL** | Case Number: **12-83251** | Date Filed: **08/23/2012** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q with the securities and exchange commission pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). **X__N/A_____** Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.    ☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information regarding the debtor- Venue**
(Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thomas and Lori Madden** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) .<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>**224-654-6957**<br>Telephone Number (If not represented by attorney)<br><br>4-14-15<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check One Box)<br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specifeed in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **N/A**<br>Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>**N/A**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the off. cer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

# United States Bankruptcy Court

_____ Northern   District Of   Illinois _____

In re  **Lori Madden** _____          Case No. _____
_____
            Debtor

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Official Form 1, Exhibit D (12/08) -Cont.

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

X  *L Maddew*
Signature of Debtor:

*4-14-15*
Date:

2

Official Form 1, Exhibit D (12/09)

# United States Bankruptcy Court

### Northern District Of Illinois

In re **Thomas Madden**
_____
          Debtor

Case No. _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

Official Form 1, Exhibit D (12/08) -Cont.

❏   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ❏   Active military duty in a military combat zone.

❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

X _____
Signature of Debtor:

_____
Date:

2

Alliance One Receivables
6565 Kimball Dr, Ste 200
Gig Harbor, WA 98335


American Collection Corp
919 Estes Court
Schaumburg, IL 60193-4427


Apria Healthcare
P.O. Box 802017
Chicago, IL 60680-2017


AR Concepts Inc
33 W Higgins Rd, Ste 715
So Barrington, IL 60010


Asset Management
Professionals
665 Molly Lane
Woodstock, GA 30189


Baker and Miller PC
29 N Wacker Dr, Ste 500
Chicago, IL 60606-2854


Bank of America N.A.
450 American Street
Simi Valley, CA 93065


Blatt, Hassenmiller,
Leibsker and Moore LLC
125 S Wacker Dr, Ste 400
Chicago, IL 60606


Capital City Emergency
Staffing
2400 Round Rock Ave
Round Rock, TX 78681

Capitol One Bank USA
P.O. Box 30281
Salt Lake City, UT 84130


Cavalry Portfolio Svc.
500 Summit Ln Drive
Valhalla, NY 10595



Centers for Neurology NC
690 E Terra Cotta Ave
Ste D
Crystal Lake, IL 60014


Century Dental Of Huntley
10775 N Rt 47
Huntley, IL 60142


Consolidated
School District 158
650 Academic Drive
Algonquin, IL 60102


David J Axelrod LTD
1450 Old Skokie Rd
Highland Pk, IL 60035


Directv LLC
2230 E Imperial Hwy
El Segundo, CA 90245


EOS CCA
700 Longwater Drive
Norwell, MA 02061


FCNB
610 Waltham Way
Sparks, NV 89434

Freedman, Anselmo.
Lindberg LLC
1711 W Diehl Rd, Ste 150
P.O. Box 3228
Naperville, IL 60566


GC Services
6330 Gulfton St
Houston, TX 77081-1108


HSBC Bank
P.O. Box 9
Buffalo, NY 14240-0009


Huntley Vetinary Hospital
10289 N Vine St
Huntley, IL 60142


Key Financial Services
4781 Hayes Rd, Ste 201
Madison, WI 53704


LVNV Funding LLC
P.O. Box 10497
Ste 110, Ms 576
Greenville, SC 29603-0497


McHenry Radiologist
Imaging
3929 Mercy Drive
McHenry, IL 60050


Medical Business Bureau
1460 Renaissance Dr
Ste 400
Park Ridge, IL 60068


Merchants Credit Guide
223 W Jackson Blvd
Ste 410
Chicago, IL 60606

MHS Physicians Services
2000 Lake Ave
Woodstock, IL 60098


Midland Funding LLC
8875 Aero Dr, Ste 200
San Diego, CA 92123-2255


Nationwide Credit Inc
4700 Vestal Pkwy East
Vestal, NY 13850


NCO Financial Systems Inc
4315 Pickett Rd
St Joseph, MO 64503-1600


Northland Group Inc
P.O. Box 390846
Minneapolis, MN 55439


Northwest Collectors Inc
3601 Algonquin Rd Ste 500
Rolling Meadows, IL 60008


OAC
P.O. Box 371100
Milwaukee, WI 53237-2200


Orions Management Group
P.O. Box 25208
Anaheim, CA 92825


Receivables Permormance
Management
20816 44th Ave W
Lynnwood, WA 98036

Robert J Adams and Assoc.
125 S Clark, Ste 1810
Chicago, IL 60603


Santander Consumer
8585 N Stemmons Hwy
Ste 1100 N
Dallas, TX 75247


Shindler Law Firm
1990 E Algonquin Rd
Ste 180
Schaumburg, IL 60173


Sprint
6391 Sprint Parkway
Overland Pk, KS 66251


SST CIGPF Corp
4315 Rickett Rd
St Joseph, MO 64503-1600


SST
Columbus Bank and Trust
P.O. Box 84024
Columbus, GA 31908-4024


State Collection Service
2509 S Stoughton Rd
Madison, WI 53716-3314


Tony Fu MD
636 Church St, Ste 222
Evanston, IL 60201-4578


Veldos LLC
P.O. Box 2824
Woodstock, GA 30188

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B6 Summary (Official form 6 - Summary) (12/14)

# United States Bankruptcy Court

_____ Northern  District Of  Illinois _____

In re  **Thomas and Lori Madden** _____

Debtor

Case No. _____

Chapter  **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and related data" if they file a case under chapter 7,11,13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | | | | |
| B - Personal Property | Yes | 3 | $ 14,880.00 | | |
| C- Property Claimed as Exempt | No | | | | |
| D- Creditors Holding Secured Claims | Yes | 1 | | $ 6,077.00 | |
| E- Creditors Holding Unsecured Priority Claims | No | 1 | | | |
| F- Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ 173,732.57 | |
| G- Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I- Current Income of Individual Debtor(s) | Yes | 2 | | | $ 4,268.44 |
| J- Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 4,268.44 |
| TOTAL | | 27 | $ 14,880.00 | $ 179,809.57 | |

B6 Summary (Official form 6 - Summary) (12/14)

# United States Bankruptcy Court

### __Northern__ District Of __Illinois__

In re __Thomas and Lori Madden__
_____
Debtor

Case No. _____

Chapter __7__ _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

❑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$ 0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$ 0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E)(whether disputed or undisputed) | **$ 0.00** |
| Student Loan Obligations (from Schedule F) | **$ 0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$ 0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$ 0.00** |
| **TOTAL** | **$ 0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$ 4,268.44** |
| Average Expenses (from Schedule J, Line 22) | **$ 4,268.44** |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$ 0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | **$ 0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$ 0.00** |
| 4. Total from Schedule F | | **$ 173,732.57** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$ 173,732.57** |

B6A (Official Form 6A) (12/07)

In re _Thomas and Lori Madden_ ,
_____
Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Total ► 

(Report also on Summary of Schedules.)

B6B (Official Form 6B)
(12/07)

In re  **Thomas & Lori Madden**                            Case No. _____
                     **Debtor**                                                          **(If Known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ☐ | **Cash on hand** | J | $ 37.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ☐ | **Chase Bank Checking (Lori), PNC Bank Checking (Tom)** | J | $ 893.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ☐ | **Com Ed, Comcast Cable, Landlord** | J | $ 2,600.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | **Furniture, 2 tvs, 2 laptops, Golf equipment, Craft Supplies, Tools, Washer, Dryer, Beauty supplies, Dishes, Appliances, Video game system, Candles** | J | $ 5,800.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☐ | **Pictures, Books, Vases, Small statues, Cd's, Dvd's, Vhs tapes, Record albums, Plastic flowers** | J | $ 500.00 |
| 6. Wearing apperal. | ☐ | **Clothes, Shoes, Coats** | J | $ 1,000.00 |
| 7. Furs and jewerly. | ☐ | **cosmetic jewerly** | W | $ 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☒ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☒ | | | |
| 10. Annuities. Itemize and name each issuer. | ☒ | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | ☒ | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Thomas & Lori Madden _____,          Case No. _____,
                    **Debtor**                                                              **(If Known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ☒ | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☒ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ☒ | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | ☒ | | | |
| 16. Accounts receivable. | ☒ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ☒ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | ☒ | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ☒ | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Thomas & Lori Madden**　　　　　　　,　　　　Case No. 　　　　　　　　　　　　　　　　,
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If Known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ☒ | | | |
| 23. Licenses, franchises, and other general intangibles. Give Particulars. | ☒ | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | ☒ | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 2008 Hyundai Sonata, 2000 Dodge Dakota Sport Blue book values | J | $ 3,750.00 |
| 26. Boats, motors, and accessories. | ☒ | | | |
| 27. Aircraft and accessories. | ☒ | | | |
| 28. Office equipment, furnishings, and supplies. | ☒ | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 30. Inventory. | ☒ | | | |
| 31. Animals. | ☐ | 2 Dogs | J | $ 50.00 |
| 32. Crops - growing or harvested. Give Particulars | ☒ | | | |
| 33. Farming equipment and implements. | ☒ | | | |
| 34. Farm supplies, chemicals, and feed. | ☒ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | ☒ | | | |

_____ continuation sheets attached    Total ▷ | $ 14,880.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re _Thomas And Lori Madden_ ,          Case No. _____
         _____Debtor_____                              _(If known)_

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675.*
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re **Thomas & Lori Madden**                                    Case No. _____
                        Debtor                                                                    (If Known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3000013411399 **Santander Consumer USA 8585 N Stemmons Fwy Ste 1100-N Dallas, TX 75247** | ☐ | **W** | 09/08/2012, Auto Secured Loan, 2008 Hyundai Sonata <br><br> VALUE $ **3,270.00** | ☒ | ☐ | ☐ | $ **6,077.00** | |
| ACCOUNT NO. | ☐ | | <br> VALUE | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. | ☐ | | <br> VALUE | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. | ☐ | | <br> VALUE | ☐ | ☐ | ☐ | | |
| _____ continuation sheets _____ attached | | | Subtotal ▷ Total of this page | | | | $ **6,077.00** | $ **0.00** |
| | | | Total ▷ Use only on last page | | | | $ **6,077.00** | |
| | | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related data) |

B 6E (Official Form 6E) (04/13)

In re  **Thomas & Lori Madden**_____,          Case No._____,
                     **Debtor**                                                              **(If Known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent."     If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B 6E (Official Form 6E) (04/13) - Cont.

In re __Thomas & Lori Madden_____,     Case No. _____,
              Debtor                                                    (If Known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 6E (Official Form 6E) (04/13) - Cont.

In re **Thomas & Lori Madden** _____   Case No. _____
                           Debtor                                                (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>  | ☐ | | | ☐ | ☐ | ☐ | | | |
| | | | VALUE | | | | | | |
| ACCOUNT NO.  <br><br>  | ☐ | | | ☐ | ☐ | ☐ | | | |
| | | | VALUE | | | | | | |
| ACCOUNT NO.  <br><br>  | ☐ | | | ☐ | ☐ | ☐ | | | |
| | | | VALUE | | | | | | |
| ACCOUNT NO.  <br><br>  | ☐ | | | ☐ | ☐ | ☐ | | | |
| | | | VALUE | | | | | | |
| ACCOUNT NO.  <br><br>  | ☐ | | | ☐ | ☐ | ☐ | | | |
| | | | VALUE | | | | | | |

Sheet no.___of___continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotals**   (Total of this page) ▷  | $ 0.00 | $ 0.00 | $ 0.00

**Total**
Use only on last page of the completed Schedule E
(Report total also on Summary of Schedules) ▷

**Totals**
Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.) ▷

B 6F (Official Form 6F) (12/07)

In re **Thomas and Lori Madden** , Case No. _____
_____ (If Known)
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8540178249 <br><br> **HSBC Bank** <br> **Midland Credit Mgt Inc** <br> **8875 Aero Drive** <br> **Ste 200** <br> **San Diego, CA 92123** | ☐ | **W** | **June 2011 thru March 2015 extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 3,445.00 |
| ACCOUNT NO. 545800220325 <br><br> **HSBC Bank** <br> **P.O. Box 9** <br> **Buffalo, NY 14240-0009** | ☐ | **W** | **Duplicate claim extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. 700106323200 <br><br> **HSBC Bank** <br> **LVNV Funding LLC** <br> **P.O. Box 10497** <br> **Ste 110, Ms 576** <br> **Greenville, SC 29603-0497** | ☐ | **J** | **March 2010 thru Feb 2015 extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 3,445.00 |
| ACCOUNT NO. 169601323200 <br><br> **HSBC Bank** <br> **P.O. Box 9** <br> **Buffalo, NY 14240-0009** | ☐ | **J** | **Duplicate claim extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |

____15____ continuation sheets attached

Subtotal ▷ $ 6,890.00

(Use only on last page of the completed Schedule F.) Total ▷

(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas and Lori Madden** _____ .    Case No. _____ .
                Debtor                                            (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8641 LORI MADD**<br>**Cavalry Portfolio Service Freeman, Anselmo, Lindberg LLC 1771 W Diehl Rd, Ste 150 Naperville, IL 60566** | ☐ | W | September 2014 extention of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 1,781.16 |
| ACCOUNT NO. **13082059**<br>**HSBC Bank Cavalry Portfolio Service 500 Summit Ln Drive Valhalla, NY 10595** | ☐ | W | Duplicate claim extention of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. **151697 710054**<br>**HSBC Bank P.O. Box 9 Buffalo, NY 14240-0009** | ☐ | W | Duplicate claim<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. **3770589**<br>**HSBC Bank Asset Mgt Professionals 665 Molly Lane Woodstock, GA 30169** | ☐ | W | May 2004 thru March 2010 extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 1,766.00 |
| ACCOUNT NO. **5440455017190510**<br>**HSBC Bank P.O. Box 9 Buffalo, NY 14240-0009** | ☐ | W | Duplicate claim extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |

Sheet no. _2_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal ▷ | $ 3,547.16 |
| Total ▷<br>(Use only on last page of the completed Schedule F.) |  |

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas and Lori Madden**                                     ,        Case No. _____ ,
                          Debtor                                                                                  (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **517805250624**<br>**Capital One Bank**<br>**P.O. Box 30281**<br>**Salt Lake City, UT 84130** | ☐ | **H** | Nov 2011 thru Mar 2015 extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 830.00 |
| ACCOUNT NO. **10SC5744**<br>**HSBC Bank**<br>**Cavalry Portfolio Services**<br>**500 Summit Ln Drive**<br>**Valhalla, NY 10595** | ☐ | **H** | Mar 2011 thru Mar 2015 extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 1,759.00 |
| ACCOUNT NO. **78874**<br>**Cavalry Portfolio Services**<br>**Shindler Law Firm**<br>**1990 E Algonquin Rd**<br>**Ste 180**<br>**Schaumburg, IL 60173** | ☐ | **H** | Duplicate claim extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. **544045501939**<br>**HSBC Bank**<br>**P.O. Box 9**<br>**Buffalo, NY 14240-0009** | ☐ | **H** | Duplicate claim extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. | ☐ | | <br><br>VALUE | ☐ | ☐ | ☐ | |

Sheet no. 3  of 15 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 2,589.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas and Lori Madden**_____.    Case No. _____.
                 Debtor                                               (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **13M1136441**<br><br>**Robert J Adams and Assoc**<br>**125 S Clark, Ste 1810**<br>**Chicago, IL 60603** | ☐ | **H** | **Aug 2013 thru Mar 2015 extension of credit for service**<br><br>VALUE | ☐ | ☐ | ☐ | $ 3,368.00 |
| ACCOUNT NO. **25222 DJA**<br><br>**Robert J Adams**<br>**David J Axelrod LTD**<br>**1450 Old Skokie Rd**<br>**Highland Pk, IL 60035** | ☐ | **H** | **Duplicate claim extension of credit for service**<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. **539831857**<br><br>**Sprint**<br>**6391 Sprint Parkway**<br>**Overland Park, KS 66251-4300** | ☐ | **H** | **Nov 2014 thru Mar 2015 extension of credit**<br><br>VALUE | ☐ | ☐ | ☐ | $ 1,038.00 |
| ACCOUNT NO. **539831857**<br><br>**Sprint**<br>**GC Services**<br>**6330 Gulfton St**<br>**Houston, TX 77081-1108** | ☐ | **H** | **Duplicate claim extension of credit**<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO.<br><br><br>VALUE | ☐ | | | ☐ | ☐ | ☐ | |

Sheet no. _4_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal** ▷ $ 4,406.00

                                           **Total** ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas and Lori Madden** _____ ,  Case No. _____ ,
             **Debtor**                                    **(If Known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **85072345** <br> **Nationwide Credit Inc** <br> **4700 Vestal Pkwy E** <br> **Vestal, NY 13850** | ☐ | **W** | **Aug 28, 2012** <br> **extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 439.23 |
| ACCOUNT NO. **85072345** <br> **Nationwide Credit Inc** <br> **EOS CCA** <br> **700 Longwater Drive** <br> **Norwell, MA 02061** | ☐ | **W** | **Duplicate claim** <br> **extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. **D96500N1** <br> **FNCB** <br> **Orions Mgt Group** <br> **P.O. Box 25208** <br> **Anaheim, CA 92825** | ☐ | **W** | **Sept 2013 thru Mar 2015** <br> **extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 4,106.00 |
| ACCOUNT NO. **38509226** <br> **FCNB** <br> **610 Waltham Way** <br> **Sparks, NV 89434** | ☐ | **W** | **Duplicate claim** <br> **extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. <br><br><br> VALUE | ☐ | | | ☐ | ☐ | ☐ | |

Sheet no. 5 of 15 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 4,545.23

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Thomas and Lori Madden** _____ .    Case No. _____ .
_____Debtor_____                                        _____(If Known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **60506740020715** <br><br> **Capitol City Emergency Staffing 2400 Round Rock Ave Round Rock, TX 78681** | ☐ | **W** | **May 2012 medical services** <br><br> VALUE | ☐ | ☐ | ☐ | $ 185.00 |
| ACCOUNT NO. **60506740020715** <br><br> **Capital City Emergency Staffing Medical Business Bureau 1460 Renaissance Dr Ste400 Park Ridge, IL 60068** | ☐ | **W** | **Duplicate claim medical services** <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. **2697** <br><br> **NCO Financial Systems Inc 4315 Pickett Rd Saint Joseph, MO 64503** | ☐ | **W** | **Dec 2010 thru Feb 2015 extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 5,409.00 |
| ACCOUNT NO. <br><br> **NCO Veldos LLC P. O. Box 2824 Woodstock, GA 30188** | ☐ | **W** | **Duplicate claim extension of credit** <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. <br><br><br> | ☐ | | <br> VALUE | ☐ | ☐ | ☐ | |

Sheet no. _6_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 5,594.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Thomas and Lori Madden_____ ,          Case No. _____
              Debtor                                              (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2697<br>SST<br>CIGPFI Corp<br>4315 Pickett Rd<br>St Joseph, MO 64503-1600 | ☐ | W | Mar 2005 thru June 2014 extention of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 2,695.00 |
| ACCOUNT NO. 403624000480<br>SST<br>Columbus Bank and Trust<br>P. O. Box 84024<br>Columbus, GA 31908-4024 | ☐ | W | Mar 2005 thru April 2011 extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 2,665.00 |
| ACCOUNT NO. 31384<br>McHenry Radiologist and Imaging<br>3929 Mercy Drive<br>McHenry, IL 60050 | ☐ | W | Aug 2014 thru Mar 2015 medical services<br><br>VALUE | ☐ | ☐ | ☐ | $ 135.00 |
| ACCOUNT NO.<br>McHenry Radiologist<br>OAC<br>P.O. Box 371100<br>Milwaukee, WI 53237-2200 | ☐ | W | Duplicate claim medical services<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. | ☐ | | VALUE | ☐ | ☐ | ☐ | |

Sheet no. _7_ of _15_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 5,495.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Thomas and Lori Madden**                              ,          Case No. _____ ,
         Debtor                                                                         (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 26616 <br><br> **McHenry Radiologists and Imaging** <br> **3929 Mercy Drive** <br> **McHenry, IL 60050** | ☐ | W | Aug 2013 thru Mar 2015 medical services <br><br><br> VALUE | ☐ | ☐ | ☐ | $ 117.00 |
| ACCOUNT NO. 26616 <br><br> **McHenry Radiologists OAC** <br> **P.O. Box 371100** <br> **Milwaukee, WI 53237-2200** | ☐ | W | Duplicate claim medical services <br><br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. 356049 <br><br> **Consolidated School District 158** <br> **650 Academic Drive** <br> **Algonquin, IL 60102** | ☐ | W | Oct 2012 thru Feb 2015 retail <br><br><br> VALUE | ☐ | ☐ | ☐ | $ 706.00 |
| ACCOUNT NO. 356049 <br><br> **Consol School Dist 158** <br> **Northwest Collectors Inc** <br> **3601 Algonquin Rd, Ste 500** <br> **Rolling Meadows, IL 60008** | ☐ | W | Duplicate claim retail <br><br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. <br><br><br><br> | ☐ | | <br><br><br> VALUE | ☐ | ☐ | ☐ | |

Sheet no. _8_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 823.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Thomas and Lori Madden**            Case No. _____
          Debtor                                          (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0183AJI772 <br><br> Apria Healthcare <br> P.O. Box 802017 <br> Chicago, IL 60680-2017 | ☐ | W | Nov 2012 thru June 2014 medical services <br><br> VALUE | ☐ | ☐ | ☐ | $ 58.00 |
| ACCOUNT NO. 2848 <br><br> Apria Healthcare <br> State Collection Services <br> 2509 S Stoughton Rd <br> Madison, WI 53716-3314 | ☐ | W | Duplicate claim medical services <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. 904590 <br><br> Center for NeurologyNC <br> 690 E Terra Cotta Ave <br> Ste D <br> Crystal Lake, IL 60014 | ☐ | W | May 2010 thru Dec 2013 medical Services <br><br> VALUE | ☐ | ☐ | ☐ | $ 256.00 |
| ACCOUNT NO. 904590 <br><br> Centers for Neurology NC <br> American Collection Corp <br> 919 Estes Ct <br> Schaumburg, IL 60193 | ☐ | W | Duplicate claim medical services <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. <br><br><br> | ☐ | | <br> VALUE | ☐ | ☐ | ☐ | |

Sheet no. _9_ of _15_ sheets attached to Schedule of          Subtotal ▷   $ 314.00
Creditors Holding Unsecured Nonpriority Claims

                               Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Thomas and Lori Madden__ ,          Case No. _____ ,
                Debtor                                         (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 894153 <br><br> Huntley Vet Hospital <br> 10289 N Vine St <br> Huntley, IL 60142 | ☐ | W | Dec 2009 thru Nov 2011 <br> pet services <br><br><br> VALUE | ☐ | ☐ | ☐ | $ 541.00 |
| ACCOUNT NO. 894153 <br><br> Huntley Vet Hospital <br> American Collection Corp <br> 919 Estes Ct <br> Schaumburg, IL 60193-4427 | ☐ | W | Duplicate claim <br> pet services <br><br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. 42 <br><br> McHenry Radiologist Imaging <br> 3929 Mercy Drive <br> McHenry, IL 60050 | ☐ | W | Feb 2011 <br> medical services <br><br><br> VALUE | ☐ | ☐ | ☐ | $ 33.00 |
| ACCOUNT NO. 42 <br><br> McHenry Radiologist <br> AR Concepts Inc <br> 2320 Dean St, Ste 202 <br> Saint Charles, IL 60175 | ☐ | W | Duplicate claim <br> medical services <br><br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. <br><br><br> | ☐ | | <br><br> VALUE | ☐ | ☐ | ☐ | |

Sheet no. _10_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal ▷ | $ 574.00 |
|---|---|---|
|  | Total ▷ <br> (Use only on last page of the completed Schedule F.) | |

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Thomas and Lori Madden_____,          Case No. _____,
                  **Debtor**                                                                                        **(If Known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4209**<br><br>**McHenry Radiologist Imaging**<br>**3929 Mercy Drive**<br>**McHenry, IL 60050** | ☐ | **W** | **Jul 2010 thru Jan 2011 medical services**<br><br>VALUE | ☐ | ☐ | ☐ | **$ 53.00** |
| ACCOUNT NO. **4209**<br><br>**McHenry Radiologist AR Concepts Inc**<br>**2320 Dean St, Ste 202**<br>**St Charles, IL 60175-1068** | ☐ | **W** | **Duplicate claim medical services**<br><br>VALUE | ☐ | ☐ | ☐ | **$ 0.00** |
| ACCOUNT NO. **3892**<br><br>**McHenry Radiologist Imaging**<br>**3929 Mercy Drive**<br>**McHenry, IL 60050** | ☐ | **W** | **Oct 2009 thru Dec 2009 medical services**<br><br>VALUE | ☐ | ☐ | ☐ | **$ 138.00** |
| ACCOUNT NO. **3892**<br><br>**McHenry Radiologist AR Concepts Inc**<br>**2320 Dean St, Ste 202**<br>**St Charles, IL 60175-1068** | ☐ | **W** | **Duplicate claim medical services**<br><br>VALUE | ☐ | ☐ | ☐ | **$ 0.00** |
| ACCOUNT NO.<br><br><br>VALUE | ☐ | | | ☐ | ☐ | ☐ | |

Sheet no. _11_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▷ | | **$ 191.00** |
| Total ▷ | | |

(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Thomas and Lori Madden_____,    Case No. _____,
             Debtor                                                        (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 38 <br><br> McHenry Radiologist Imaging <br> 3929 Mercy Drive <br> McHenry, IL 60050 | ☐ | W | May 2009 thru Nov 2009 medical services <br><br> VALUE | ☐ | ☐ | ☐ | $ 230.00 |
| ACCOUNT NO. 38 <br><br> McHenry Radiologist AR Concepts Inc <br> 2320 Dean St, Ste 202 <br> St Charles, IL 60175-1068 | ☐ | W | Duplicate claim medical services <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. 0544 <br><br> Tony Fu MD <br> 636 Church St, Ste 222 <br> Evanston, IL 60201-4578 | ☐ | W | Nov 2010 thru Feb 2011 medical services <br><br> VALUE | ☐ | ☐ | ☐ | $ 152.00 |
| ACCOUNT NO. 8103140544 <br><br> Tony Fu MD <br> Merchants Credit Guide <br> 223 W Jackson Blvd <br> Ste 410 <br> Chicago, IL 60606 | ☐ | W | Duplicate claim medical services <br><br> VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. <br><br><br> VALUE | ☐ | | | ☐ | ☐ | ☐ | |

Sheet no. _12_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal ▷ | $ 382.00

                               Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas and Lori Madden**                          Case No. _____
              Debtor                                                      (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3560313428<br>**Consolidate School District 158**<br>**650 Academic Drive**<br>**Algonquin, IL 60102** | ☐ | W | Mar 2014 thru May 2014 retail<br><br>VALUE | ☐ | ☐ | ☐ | $ 168.00 |
| ACCOUNT NO. 3560313428<br>**Consol School Dist 158**<br>**Northwest Collectors**<br>**3601 Algonquin Rd, Ste 232**<br>**Rolling Meadows, IL 60008** | ☐ | W | Duplicate claim retail<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. 3526<br>**McHenry Radiologist Imaging**<br>**3929 Mercy Drive**<br>**McHenry, IL 60050** | ☐ | W | Jan 2008 thru Aug 2008 medical services<br><br>VALUE | ☐ | ☐ | ☐ | $ 119.00 |
| ACCOUNT NO. 3526<br>**McHenry Radiologist**<br>**AR Concepts Inc**<br>**183 E Dundee Rd, Ste 330**<br>**Barrington, IL 60010** | ☐ | W | Duplicate claim medical services<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO.<br><br> | ☐ | | <br><br>VALUE | ☐ | ☐ | ☐ | |

Sheet no. _13_ of _15_ sheets attached to Schedule of                              Subtotal ▷  | $ 287.00
Creditors Holding Unsecured Nonpriority Claims

                                                                                                Total ▷
                                                        (Use only on last page of the completed Schedule F.)

                                                        (Report total also on Summary of Schedules and,
                                                        if applicable, on the Statistical Summary of
                                                        Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Thomas and Lori Madden** _____,   Case No. _____,
                  Debtor                                              (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 44801483<br>Directv<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | ☐ | H | July 2014 thru Mar 2015 extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 440.35 |
| ACCOUNT NO. 44801483<br>Directv<br>Receivable Performance Management<br>20816 44th Ave W<br>Lynnwood, WA 98036 | ☐ | H | Duplicate claim extention of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. 7314169<br>Allianceone Receivables Mangagement Inc<br>6565 Kimball Dr, Ste 200<br>Gig Harbor, WA 98335 | ☐ | H | Jan 2012 thru Mar 2012 extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 169.00 |
| ACCOUNT NO. 13211<br>Bank of America NA<br>450 American St<br>Simi Valley, CA 93065 | ☐ | J | Oct 2006 thu Aug 2012 extension of credit<br><br>VALUE | ☐ | ☐ | ☐ | $ 137,189.43 |
| ACCOUNT NO. MA0754<br>Century Dental of Huntley<br>10775 N Rt 47<br>Huntley, IL 60142 | ☐ | H | Aug 2013 thru Apr 2015 medical services<br><br>VALUE | ☐ | ☐ | ☐ | $ 72.40 |

Sheet no. **14** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 137,871.18

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Thomas and Lori Madden**_____,   Case No. _____,
   Debtor   (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3299  **MHS Physicians Services 2000 Lake Ave Woodstock, IL 60098** | ☐ | W | May 2009 thru Jan 2015 medical services _____ VALUE | ☐ | ☐ | ☐ | $ 224.00 |
| ACCOUNT NO. 3299  **MHS Physicians Services Key Financial Services 4781 Hayes Rd, Ste 201 Madison, WI 53704** | ☐ | W | Duplicate claim medical services _____ VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. 72675428  **LVNV Funding LLC Financial Recover Services P.O. Box 385908 Minneapolis, MN 55438** | ☐ | W | Duplicate claim extention of credit _____ VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO.  **LVNV Funding LLC Baker and Miller PC 29 N Wacker Dr, Ste 500 Chicago, IL 60606-2854** | ☐ | W | Duplicate claim extension of credit _____ VALUE | ☐ | ☐ | ☐ | $ 0.00 |
| ACCOUNT NO. F51639908  **LVNV Funding LLC Northland Group Inc P.O. Box 390846 Minneapolis, MN 55439** | ☐ | W | Duplicate claim extension of credit _____ VALUE | ☐ | ☐ | ☐ | $ 0.00 |

Sheet no. **15** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 224.00

Total ▷ | $ 173,732.57
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  **Thomas and Lori Madden**                              Case No. _____
                        **Debtor**                                                    **(If Known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTORS INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Kenneth Ludvigsen<br>327 Foxford Drive<br>Cary, IL 60013 | Kenneth Ludvigsen "Lessor" and Thomas and Lori Madden "Lessee" have a two year lease from June 1, 2013 to May 31, 2015 to reside at 10129 Dunhill Drive, Huntley, IL |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re **Thomas and Lori Madden**                                    Case No. _____
_____                                              **(If Known)**
                  **Debtor**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Thomas | Patrick | Madden |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | Lori | Ann | Madden |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | Northern | District of | Illinois |

Case Number (If Known) _____

☐ Check if this is an amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM/DD/YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job,attach a separate page with information about additional employers.

   Include part-time, seasonal, or self employed work.

   Occupation may be student or homemaker, if it applies

| | | Debtor 1 | Debtor 2 or non filing spouse |
|---|---|---|---|
| Employment Status | | ☒ Employed<br>☐ Not Employed | ☒ Employed<br>☐ Not Employed |
| Occupation | | Merchandise handler | Nurse |
| Employers Name | | Macys | Centegra Health System |
| Employers Address | | 1000 Springhill Mall | 4201 Medical Center Drive |
| | | Number  Street | Number  Street |
| | | Springhill Mall | |
| | | West Dundee, IL 60118 | McHenry, IL 60050 |
| | | City        State Zip | City        State Zip |
| How long employed there | | 1 1/2 years | 8 years |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions) If not paid monthly, calculate what your monthly wage would be. | 2. | $ 758.17 | $ 5,374.80 |
| 3 | Estimate and list monthly overtime pay. | 3. | $ | $ 1,081.45 |
| 4 | Calculate gross income. Add line 2 + line 3 | 4. | $ 758.17 | $ 6,456.25 |

Thomas    Patrick    Madden                    Case Number (if known)
First Name    Middle Name    Last Name

|  | For Debtor 1 | For Debtor 2 or non filing spouse |
|---|---|---|
| Copy line 4 here................................ ➜    4. | $ 758.17 | $ 6,456.25 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security Deductions | 5a. $ 85.98 | $ 1,690.01 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | $ |
| 5c. | Voluntary contributions for retirement plans | 5c. $ 28.47 | $ 307.10 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | $ 68.12 |
| 5e. | Insurance | 5e. $ | $ 667.94 |
| 5f. | Domestic support obligations | 5f. $ | $ |
| 5g. | Union dues | 5g. $ | $ |
| 5h. | Other deductions    Specify: Out of pocket Insurance bills | 5h. $ | $ 98.36 |

| 6. | Add the payroll deductions. 5a+5b+5c+5d+5e+5f+5g+5h | 6. $ 114.45 | $ 2,831.53 |
|---|---|---|---|
| 7. | Calculate total monthly take-home pay:  Subtract line 6 from line 4 | 7. $ 643.72 | $ 3,624.72 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non filing spouse |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | $ |
| 8b. | Interest and dividends | 8b. $ | $ |
| 8c. | Family support payments that you, a non-filing spouse,  or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement and property settlement. | 8c. $ | $ |
| 8d. | Unemployment compensation | 8d. $ | $ |
| 8e. | Social Security | 8e. $ | $ |
| 8f. | Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benifits under the Supplimental Nutrition Assistance Program) or housing subsidies.
Specify: _____ | 8f. $ | $ |
| 8g. | Pension or retirement income | 8g. $ | $ |
| 8h. | Other monthly income . Specify: _____ | 8h. $ | $ |

| 9. | Add all other income: 8a+8b+8c+8d+8e+8f+8g+8h | 9. $ 0.00 | $ 0.00 | |
|---|---|---|---|---|
| 10. | Calculate monthly income. Add line 7 + line 9
Add the entries in line 10 for debtor 1 and debtor 2 or non-filing spouse. | 10. $ 643.72 | $ 3,624.72 | = $ 4,268.44 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J

Specify: _____    11. $ _____

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12. $ 4,268.44

Combined Monthly Income

**13.** Do you expect an increase or decrease within the year after you file this forms

☒ No.
☐ Yes. Explain _____

**Fill in this information to identify your case.**

| | | | |
|---|---|---|---|
| Debtor 1 | Thomas | Patrick | Madden |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Lori | Ann | Madden |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | Northern | District of | Illinois |
| Case Number | | | |
| (If Known) | | | |

Check if this is:

☐ An ammended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM/DD/YYYY

☐ A separate filing for debtor 2 beccause debtor 2 maintains a seperate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.   Go to line 2

   ☒ Yes.   **Does Debtor 2 live in a separate household**
   
   　　☒ No
   
   　　☐ Yes. Debtor 2 must file a separate Schedule J

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2

   Do not state the dependents names

   ☐ No

   ☒ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 18 | ☐ No ☒ Yes |
| Daughter | 15 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a suppliment in a chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplimental Schedule J, check the box at the top of the form and fill in the applicable data.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B6I)

**Your Expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ 2,000.00

   If not included in line 4:

   4a. Real estate taxes ........ 4a. $ _____

   4b. Property, homeowner's or renter's insurance ........ 4b. $ _____

   4c. Home maintenance, repair, and upkeep expenses ........ 4c. $ 81.70

   4d. Homeowners association or condominium dues ........ 4d. $ _____

Debtor 1  | Thomas | Patrick | Madden | Case Number
First Name | Middle Name | Last Name | (If Known)

**Your Expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans

5. $ _____

6. **Utilities:**

6a. Electricity, heat, natural gas

6a. $ **283.00**

6b. Water, sewer, garbage collection

6b. $ **56.00**

6c. Telephone, cell phone, internet, satellite, and cable sevice

6c. $ **433.00**

6d. Other: Specify _____

6d. $ _____

7. **Food and housekeeping supplies**

7. $ **568.04**

8. **Childcare and children's education costs**

8. $ _____

9. **Clothing, laundry, and dry cleaning**

9. $ **68.70**

10. **Personal care products and services**

10. $ **45.00**

11. **Medical and dental expenses**

11. $ **50.00**

12. **Transportation.** Include gas, maintenance, bus or train fare, Do not include car payments

12. $ **160.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**

13. $ **25.00**

14. **Charitable contributions and religious donations**

14. $ _____

15. **Insurance:** Do not include insurance deducted from your pay or included in lines 4 or 20

15a. Life insurance

15a. $ _____

15b. Health insurance

15b. $ _____

15c. Vehicle insurance

15c. $ **168.00**

15d. Other: Specify _____

15d. $ _____

16. **Taxes:** Do not include taxes deducted from your pay or included in line 4 or 20

Specify _____

16. $ _____

17. **Installment or lease payments:**

17a. Car payment for vehicle 1

17a. $ **300.00**

17b. Car payment for vehicle 2

17b. $ _____

17c. Other: Specify _____

17c. $ _____

17d. Other: Specify _____

17d. $ _____

18. **Your payments of alimony, maintenance, and support you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B6I)**

18. $ _____

19. **Other payments you make to support others who do not live with you**

Specify _____

19. $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I. Your Income**

20a. Mortgages on the property

20a. $ _____

20b. Real estate taxes

20b. $ _____

20c. Property, homeowners, or renter's insurance

20c. $ _____

20d. Maintenance, repair, and upkeep expenses

20d. $ **30.00**

20e. Maintenance, repair, and upkeep expenses

20e. $ _____

Debtor 1 ___Thomas_____ ___Patrick_____ ___Madden_____   Case Number _____
                First Name              Middle Name        Last Name        (If Known)

21. **Other:** Specify _____   21. + $ _____

22. **Your monthly expenses.** Add lines 4 through 21 The    22.  | $ 4,268.44 |
    result is your monthly expenses

23. **Calculate your monthly net income**

   23a. Copy line 12 (your combined monthly income) from schedule I    23a. $ 4,268.44

   23b. Copy your monthly expenses from line 22 above    23b. - $ 4,268.44

   23c. Subtract your monthly expenses from your monthly income. The result is your monthly net    23c. | $ 0.00 |
        income.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payments to increase or decrease because of a modification to the terms of your mortgage?

   ☒ No      Explain here:
   ☐ Yes

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Thomas and Lori Madden**                ,          Case No. _____ ,
_____                                    _____
          Debtor                                                            (If Known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **2** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

_____4-14-15_____                          _____
Date                                        Signature of Debtor

_____4-14-15_____                          _____
Date                                        Signature of Joint Debtor  (if any)

                                              (If joint case, both spouses must sign.)

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and
342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy
petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the
debtor, as required by that section.

## N/A
_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer,
principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition
preparer is not an individual.

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person. A bankruptcy
petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or
both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized
agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under
penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1.)*

_____                    _____
Date                                        Signature of Debtor

                                              _____
                                              (Print or type name of individual signing on behalf of debtor.)

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### Northern DISTRICT OF Illinois

In re **Thomas and Lori Madden**                                    Case No. _____

_____ Debtor _____                                              (If Known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

_____

### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $24,575.00, $75,031.46, $69,565.25 | Lori beginning of the year 2015, Lori's 2014 income, Lori's 2013 income |
| $2,624.42, $12,602.00, $4,033.00 | Toms beginning of the year 2015, Tom's 2014 income, Toms 2013 income |

B7' (04/13)

## 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (04/13)

**3**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND PROCEEDING | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORCLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

---

## 7. Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TP DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

---

## 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE | DATE OF LOSS |
|---|---|---|
| | | |

---

## 9. Payments related to debt counseling or bankruptcy

None
☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF, OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

### 10. Other Transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S |
|---|---|---|
| | | |

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **BMO Harris**<br>**P. O. Box 94033**<br>**Palatine, IL 60094** | **Checking 5927, 0.00**<br>**Checking 8383, 0.00** | **97.00 May 22, 2014**<br>**0.00 Jan 21, 2015** |

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| | | | |

B7 (04/13)

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 10281 Northbridge Drive Huntley, IL 60142 | Thomas and Lori Madden | Oct 2006 thru May 2013 |

### 16. Spouses and former spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (04/13)                                                                                                    7

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐     and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
      executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
      other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in
      which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding
      the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO/ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND END DATES |
|---|---|---|---|---|
| Thomas Madden | 7246 | 10129 Dunhill Dr Huntley, IL 60142 | Insurance Sales | Feb 2008 thru Apr 2015 |
| | 45--5121468 | 10129 Dunhill Dr Huntley, IL | Marketing | Apr 2012 thru Dec 2014 |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
☒     defined in 11 U.S.C. § 101.

      NAME                          ADDRESS

        The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an
officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other
activity, either full- or part-time.

        *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in
business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not
been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATE SERVICES RENDERED |
|---|---|
| Thomas Madden<br>10129 Dunhill Drive<br>Huntley, IL 60142 | Insurance Feb 2008 thru Apr 2015<br>Bandalize MS Apr 2012 thru Dec 2014 |

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Thomas Madden | 10129 Dunhill Drive<br>Huntley, IL 60142 |

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATA OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESS
OF CUSTODIAN
OF INVENTORY RECORDS

---

## 21 . Current Partners, Officers, Directors and Shareholders

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

---

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS OF
CREDITOR

TITLE

NATURE AND
PERCENTAGE

---

## 22 . Former partners, officers, directors and shareholders

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

---

None
☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

---

B7 (04/13)                                                                                              **11**

**23. Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☒     including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
      during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | | |
| OF RECIPIENT, | DATE AND PURPOSE | AMOUNT OF MONEY |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | OR DESCRIPTION AND |
| | | VALUE OF PROPERTY |

---

**24. Tax consolidation group**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☒     consolidated group for tax purposes of which the debtor has been a member at any time within **six years**
      immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension funds**

None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒     which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately
      preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER IDENTIFICATION NUMBER (EIN)

---

B7 (04/13)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| 4-14-15 | _____ |
|---|---|
| Date | Signature of Debtor |

| 4-14-15 | _____ |
|---|---|
| Date | Signature of Joint Debtor (if any) |

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| _____ | _____ |
|---|---|
| Date | Signature |

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**N/A**
_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person. A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# United States Bankruptcy Court

## Northern District Of Illinois

In re **Thomas and Lori Madden**                              Case No. _____
_____
Debtor                                                          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check*
  ☐ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien
    using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt      ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check*
  ☐ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien
    using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                    Page 2

**PART B -** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>Kenneth Ludvigsen | **Describe Leased Property:**<br><br>10129 Dunhill Drive, Huntley, IL 60142 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☒ Yes     ☐ No |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes     ☐ No |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes     ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 4-14-15                    _____
                                                         Signature of Debtor

                                                         _____
                                                         Signature of Joint Debtor

B 8 (Official Form 8) (12/08)

Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A - Continuation

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check*

☐ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:

☐ Claimed as exempt    ☐ Not claimed as exempt

## PART B - Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>Kenneth Ludvigsen | **Describe Leased Property:**<br><br>10129 Dunhill Drive, Huntley, IL 60142 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☒ Yes    ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☐ No |